FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
28 USC 1343(A)3 - 28 USC 1367

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Aug 14, 2020
OFFICE OF THE CLERK

Andrew Steven Walker  Declaratory Relief 28 USC Section 2201-2202
(Enter above the full name of the plaintiff in this action)

Prisoner ID No. #118512
(Do Not Put Your Social Security Number)

6:20CV6085

V.

Keyshawn Bledsoe, Cpt. Crosby, Wellpath CCS, APN Long, DR. Henry, DR. Young, Jane Doe Nurse et al

CASE NO. _____

Jury Trial: Yes ✓  No ___
(Check One)

(Enter above the full name of the defendant, or defendants, in this action.)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

   Plaintiffs: Andrew Steven Walker

   Defendants: Arkansas Dept. of Correction, Keyshawn Bledsoe, Cpt. Crosby, Wellpath CCS, APN Long, DR Young, Jane Doe Nurse et al

2. Court (if federal court, name the district; if state, name the county): _____

3. Docket number: No Docket number, State Claims Commission

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending

6. Approximate date of filing lawsuit: Around or About 6-18-20

7. Approximate date of disposition: Not yet

(Updated 7/2019)

- 1 -

II. Place of Present Confinement: O R C U Malvern, ARK ARK. Dept. of Correction

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes ✓    No _____

    B. If your answer is YES, Attach copies of the most recent written grievance(s) /response(s) relating to your claims showing completion of the grievance procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT. If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C. If your answer is NO, explain why not: _____

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Your Full Name: Andrew Steven Walker
        Address: PO Box 1630 Malvern, ARK 72104

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

    B. Read carefully and fill out all information sought.

        1. **Defendant #1.**

        Full Name: Keyshawn Bledsoe
        Position: ORCU prison gaurd at the Time of Events Present, Hot Spring county Jail
        Place of Employment: Hot Springs county Jail
        Address: 1 ~~Detention~~ Hot spring county Jail 1 Detention LN, Malvern, AR 72104

-2-

2. **Defendant #2.**

   Full Name: Cpt. CRosby

   Position: Cpt of ORCU prison At the time of events

   Place of Employment: Benton County work Release

   Address: 6701 Highway 67 Benton, AR 72015

3. **Defendant #3.**

   Full Name: Jane Doe

   Position: ORCU Nurs wellpath CCS employee

   Place of Employment: ORCU Malvern unit

   Address: Po Box 1630 malvern AR 72104

4. **Defendant #4.**

   Full Name: Mrs. Long

   Position: LPN

   Place of Employment: ORCU malvern AR A.D.C

   Address: Po Box 1630 malvern, AR 72104

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.   At the time of the alleged incident(s), were you:
(check the appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges
✓ serving a sentence as a result of a judgment of conviction
_____ in jail for other reasons (e.g., alleged probation violation, etc.)

Explain: ARound or About 2001 I was sent. to 30 years under the 70 percent

Please provide the date of your conviction or probation or parole revocation:

ARound or About 2001 Around may

- 3 -

## VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1:</u>

Type of Claim (for example, excessive force, denial of medical care, etc.): Failure To protect Deliberate Indifference to Health and Safety, Reckless disregard to my safety, Intentional infliction of Emotional Stress (Breach of Duty)

Date of the Occurrence: 7-3-19

Name of Each Defendant involved: Keyshawn Bledsoe

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

On 7-3-19 Keyshawn Bledsoe Knew prior to the Attack that was taken on me, That it was An inmate in 2 Barracks that didnt belong in 2 Barracks. Knew that it was About to be An Altercation And Just Stood by An did nothing, which only Allowed the unAuthorized inmate to Conspire with other white Racist inmates to violently Attack me with A Pad Lock And ice pick Shank. Depriving me of one of lifes Necessites (Safety)

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

✓ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Keyshawn Bledsoe on 7-3-19 had a Duty to Act And Keep me safe But insted Bledsoe deprived me of one of lifes necessities (safty) And Acted with Reckless disregard of my right to be Free from violent Attacks by other inmates, Subjecting me to Cruel and unusual punishment And the unnecessary And wanton infliction of pain

**Claim Number #2:**

Type of Claim (for example, excessive force, denial of medical care, etc.): I was denied medical care on 7-3-19 After I was violently Beat with a Pad Lock And Stuck with An ice pick styled shank

Date of the Occurrence: 7-3-19

Name of Each Defendant involved: Cpt. Crosby

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it. Cpt. Crosby Acted with Deliberate Indifference to my Serious medical needs, when he Faild to provide me with medical Care After I told him And showed him that I was Assulted with A Lock And Stuck with An ice pick Styled Shank, Going Against policy And procedures thats suppose to be Followed under the Circumstances As A Arkansas Dept of Correction Employee

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

✓ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

- 5 -

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

In his official capacity as being under Contract with the A.D.C. And having Responsibilities as a shift supervisor, Cpt. Crosby went against his Contract And Everything he was suppose to do After I was Attacked on 7-3-19 - From Filing the incident report, down to providing me with adequate medical care. No Due process was provided

**Claim Number #3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**
Jane Doe Nurse provided me. with Inadequate medical care After I was Beat in the head with Padlock and Stuck with Shank

**Date of the Occurrence:** 7-3-19

**Name of Each Defendant involved:** Jane Doe, Name unKnown At this time She only checked my vitals, She didnt check my head injury or the places of were I was Stabbed, which reflected inadequate medical care, Deliberate Indifference, And Negligence

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.**
If I would have been Adequately checked out by this unknown Nurse After this Attack, I wouldnt be going through what I'm going through At this time, which is mental health issuess

**With regard to Claim #3, are you suing Defendant(s) in his or her:** (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

✓ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

- 6 -

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Being an employee Contracted with wellpath CCS, policy and procedures was not followed, I wasn't taken to the hospital like I was suppose to be taken, I wasnt seen by medical staff until weeks after the Facts of the Circumstances, And this was deliberate Indifference to my Health and safety, And was negligence in every way, Subjecting me to Intentional infliction of Emotional Distress

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

Civil Rights violators, Relief for the violation of my Constitutional Rights Federal And State, Relief for the psychological damage that I have suffered from this Attack Relief from this deliberate Indifference to my safety And Reckless disregard to the Known danger to my Health and safety

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 2nd day of 7 July month, 20 20.

Andrew Walker
**Printed Name of Plaintiff**

Andrew Walker
**Signature of Plaintiff**

- 7 -

Claim Number # 4 Denied Adequate Medical Care
Deliberate Indifference

Date of Occurrence 10-18-19

Name of Each Def. involved: APN Long Faild in her Duty to Provide me with Adequate medical care, After I notified her that I was violently Attack with A PAD Lock And hand made ice pick styled shank, All she wanted to do was Point the pain in my head to the Blood presure medication that I have been taken, But the point And Fact is the pain was coming From me being punched in the head And Beat in the head with a pAD Lock. I explained to APN Long that before 7-3-19 I Never had head aches And that my head was Never Feeling the way of constantly being punched. After this notification of the incident APN Long changed my Blood presure meds. ● This was A reckless disregard, deliberate Indifference to my serious medical needs

with Regard to claim # 4 This Def. is being soied in her both

✓ both official and personal Capacity

Address po Box 1630
malvern, AR 72104
Place of Employment: ORCU malvern, AR
A.D.C

-8-

Claim Number 3 Defendant Dr. Henry And OR Young

Both denied me Adequate medical care After I notified them that I was Beat in the head with A PaD Lock and Stuck with a shank, All the policy and procedures After I was Attacked was not Followed by either of them which was deliberate Indifference, and A Reckless disregard to my serias medical needs

Both are being sued in there Official And personal Capacity

Address Po Box 1630
Malvern, AR 72104

Place of Employment O.R.C.U Malvern, AR 72104

-9-

Andrew Walker 118512
PO Box 1630
Malvern, AR 72104

Received WD/AR
AUG 12 2020
U.S. Clerk's Office

John Paul Hammerschmidt Fed. Bldg,
Court Clerk
35 E Mountain St, Rm 510
Fayetville, AR 72701-5354

NEOPOST
08/10/2020
US POSTAGE $002.20⁰
FIRST-CLASS MAIL
ZIP 72104
041M11457988