IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANDREW STEVEN WALKER                                                                PLAINTIFF

v.                                              Case No. 6:20-cv-6085

FORMER GUARD KEYSHAWN BLEDSOE,
FORMER SHIFT CAPTAIN CROSBY,
JANE DOE (Nurse WellPath CCS employee),
DR. HENRY, and DR. YOUNG                                                        DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed December 21, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 20. Judge Bryant recommends that Dr. Young be terminated as a Defendant in this lawsuit due to Plaintiff's continued failure to provide the Court with information for service.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 20) *in toto*. Accordingly, Dr. Young is terminated as a Defendant in this lawsuit.

**IT IS SO ORDERED**, this 11th day of February, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge