IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANDREW STEVEN WALKER                                                                         PLAINTIFF

v.                                          Case No. 6:20-cv-6085

FORMER GUARD
KEYSHAWN BLEDSOE, *et al*.                                                              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued on August 1, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 66. Judge Bryant recommends that Defendants' Motions for Summary Judgement (ECF Nos. 46 and 52) be granted and Plaintiff's claims be dismissed with prejudice because Plaintiff has failed to show that there is a genuine dispute as to any material fact and the Defendants are entitled to judgment as a matter of law.

Plaintiff failed to file a timely objection to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court need only review Judge Bryant's recommendation for clear error and not conduct a *de novo* review. *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990); 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 66) *in toto*. Accordingly, Defendants' Motions for Summary Judgement (ECF Nos. 46 and 52) are hereby **GRANTED** and Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge